PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROBERT CAMARA, | ) |
| | ) CASE NO. 3:16CV756 |
| Petitioner, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| WARDEN HAVILAND, *originally named* | ) |
| *as John Coleman* | ) |
| | ) **MEMORANDUM OF OPINION AND** |
| Respondent. | ) **ORDER** [Regarding ECF No. 10] |

*Pro se* Petitioner Robert Camara filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. Respondent Warden James Haviland filed a Return of Writ. ECF No. 8. The case was referred to Magistrate Judge Nancy A. Vecchiarelli for preparation of a report and recommendation pursuant to Local Rule 72.2(b)(2). On August 19, 2016, the referral to Magistrate Judge Vecchiarelli was withdrawn due to her retirement, and the case was referred to Magistrate Judge Jonathan D. Greenberg. On October 6, 2017, Magistrate Judge Greenberg submitted a report and recommendation, recommending that the petition be dismissed. ECF No. 10.

Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service. Objections to the magistrate judge's report were, therefore, due on October 23, 2017.[1] Petitioner has not filed any objections to Magistrate Judge

---

[1] Under Fed. R. Civ. P. 6(d), three days must be added to the fourteen-day time period because Petitioner was served the Magistrate Judge's Report by mail. *See Thompson v. Chandler*, 36 F. App'x. 783, 784 (6th Cir. 2002).

(3:16CV756)

Greenberg's report and recommendation.  Any further review by the Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949 50 (6th Cir. 1981).

Accordingly, the Court hereby adopts the Report and Recommendation.  The Petition for a Writ of Habeas Corpus (ECF No. 1) is dismissed.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    IT IS SO ORDERED.

| | |
|---|---|
|   December 15, 2017 |   */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |